**Wilbur Hillard THOMPSON, Appellant, v. UNITED STATES of America.**

**No. 13614.**

Circuit Court of Appeals, Eighth Circuit.

Jan. 14, 1948.

Wilbur H. Thompson, pro se.

Victor E. Anderson, U. S. Atty., and John W. Graff, Asst. U. S. Atty., both of St. Paul, Minn., for appellee.

PER CURIAM.

Appeal from District Court dismissed by Court on its own motion, for non-compliance with rules.